

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2019

No. 04-17-00688-CV

Jose **CORRO** and Concepcion Corro,
Appellants

v.

Andres **PEREZ,** Perez & Malik, PLLC and Adriana Medrano of Perez & Malik,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-06-23689-CV
Honorable H. Paul Canales, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                  Rebeca C. Martinez, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice
                  Irene Rios, Justice
                  Beth Watkins, Justice
                  Liza A. Rodriguez, Justice

On January 15, 2019, appellant Jose Corro filed a document titled Motion for Rehearing En Banc. Jose Corro's Motion for Rehearing En Banc is **DENIED**.

Jose Corro has also filed the following:

- "Motion to Object to an Incomplete Record on Appeal"
- "Motion for Stay and Abeyance"
- "Motion to Supplement Stay [and] Abeyance Motion with Reliable Document Proof"
- "Motion to Supplement Stay and Abey Motion with Certified Copy of Missing Document in Appellate Record"
- "Third and Final Motion to Supplement Stay and Abey Motion Missing Exhibit Has Been Found"

These motions are **DENIED**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court